11575. STANFORD *v.* THE STATE.

BROYLES, C. J. The evidence demanded the conviction of the defendant and the court did not err in overruling his motion for a new trial.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 14, 1920.

Accusation of carrying pistol; from city court of Macon — Judge Guerry. April 20, 1920.

The accusation charged the carrying of a pistol concealed, and the carrying of a pistol without having obtained a license; and there was a general verdict of guilty. The sole witness was a police officer, who testified, that he came up behind the defendant and collared him when the defendant and others were stooping down in a circle at a street corner, playing craps, and the defendant said " Oh, Lordy," and ran his hand in his left coat-pocket; the witness told him to take his hands out of his pockets, and he withdrew his hands, " and in his hand was a .38-caliber pistol," which he threw away from him; when he took his hand out of his pocket the witness saw the pistol.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.
*Will Gunn, solicitor,* contra.